# OBJECTION

Case No: 1:25cr-61-GNS

FILED
JAMES J. VILT, JR. - CLERK
DEC 12 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Date: Dec 11, 2025

I, DeCarlo-Maurice: Cox. sui juris, the natural person, Authorized Representative for and title holder of DECARLO COX defendant per the matter above; Hereby and respectfully object to the ORDER (DN 14) entered Dec. 2, 2025 in it's entirety.

Grounds being:

1) I, DeCarlo-Maurice, The authorized representative of the defendant per the matter as the record reflects; did not request counsel as legal representation per the matter above. Instead and as the record reflects, I wish to exercise my right to self representation; Which I believe to be my right protected by the 6th Amendment Right to counsel upon request. Without my consent and against my will the court appointed an attorney not as an advisor but as legal representation depriving me of my substantial right to proceed pro se per the matter above. This is clearly error of the court. I object.

2) The in-person further proceeding before the court on Dec. 2, 2025 was held without all parties per the matter above being notified in a timely manner of such hearing. I, DeCarlo-Maurice the natural person, who in which the record reflected as proceeding pro se did not recieve a timely notice of the hearing held on Dec. 2, 2025; and therefore I believe to be in violation of my constitutional right to Due Process. I had no time to prepare for this hearing. Due to my lack of knowledge of and hindering my ability to properly prepare for this hearing; I believe the court is in error for the appointment of this hearing as this clearly is in violation and depriving me of my substantial right to Due Process. Furthermore, I believe there was an ex parte communication between the US Attorney and the court regarding the appointment of this hearing in violation of Cannon 3 A(4)(b) with hopes to rid the US Attorney of the governments' obligations previously set forth by the court in reference to DN8/DN9 and and giving procedural tactical advantage to the plaintiff of the matter. I claim error pursuant to Fed. R. Crim. P. 51(a). I object to DN 14 in it's entirety.

3) I did not waive my constitutional right to a fast and speedy trial. Therefore, I object to the exclusion of time from the time allowed for a speedy trial.

I believe this action deprives me of my constitutional right to a Fast and speedy trial and Due Process of law. In which I claim error of the court as this action deprives me of a substantial right. I object.

On the grounds stated above I respectfully object to the hearing on Dec. 2, 2025 and its rulings "ORDER" DN 14 in it's entirety and respectfully claim error. Due to negligence on behalf of the Government, I humbly request dismissal on all actions in all jurisdictions per the matter above with prejudice.

Respectfully,

:DeCarlo-Maurice:COX.    Auth. Rep.
for DECARLO COX    defendant

:DeCarlo-Maurice:COX.
UCC 1-308

autograph
12-12-2025

Subscribed and sworn to before me
By Decarlo Maurice Cox
This 12 day of December in the year 2025
Notary Joyce Conner Rigsby
ID KY NP 35478
Commission Expires 08-20-2029